MINUTE ENTRY  Plaintiffs are represented in court by Bruce Jorgensen.  Defendants
were represented by Gregory Baka, Robert Goldberg.  Court gave its tentative ruling.
 Ms. Ferrier commented.  Mr. Goldberg responded and stated the CNMI has not been
served with the complaint in CV-00-0005.  Mr. Baka has no comments.  Mr. Jorgensen
replied and agreed with court's tentative ruling. Ms. Cindy Ferrier also stated that
her client has not been served with the complaint in CV-00-0005.  Court ensuing
hearing further arguments took the matters under advisement.  Court asked the CNMI
to file an Amicus brief in 2 weeks, and allowed other parties to respond thereafter.;

Applies to: Juyel Ahmed,, GOVDFT United States Of America, GOVDFT Commonwealth Of
The Northern Mariana Islands, PTF Uthayachandran R. Kandiah, PTF Jayakumar A.
Sevaratnam, PTF Kanagasabai Selvalingam, PTF Janaka P.h. Nadungodage, PTF Madpathage
D.u.d. Senanayake, PTF Yu Ren Huang, PTF Li Tong Deng, PTF Xi Cheng Jin, PTF Lan
Ting Zhang, PTF Qin Yin, PTF Chun Fang Yue, PTF Hui Ping Zhang, PTF Mhing Zhuo Ling,
PTF Lin Zheng, PTF Jian Shan Zheng [mgm EOD 05/18/2000]