MINUTE ENTRY  Plaintiff was represented by Attorney Bruce Jorgensen.  Defendants were represented by CNMI's Attorneys Andrew Clayton and Karen Klaver and AUSA Gregory Baka.

Court stated that no leave to amend complaint to include another plaintiff has been filed by the plaintiffs' attorney as indicated in plaintiffs' errata.

Mr. Jorgensen now moves to include another plaintiff or to issue a protective order or to remand her to Guam in order to avail herself of filing an asylum.  Mr. Jorgensen orally moves to withdraw his errata to include Jiang, Xiu Ying so that Mr. Berline could pursue it in another case.  Court granted plaintiffs' motion to withdraw his errata.

Mr. Clayton is of the opinion that the CNMI could not grant an applicant an asylum to the United States.

Mr. Baka asked how many days it would have to answer to the 5th amended complaint.  He would want to have 60 days to respond.  Court grants USA 60 days to respond.  Mr. Clayton asked additional time of 15 days to respond.  Court grants CNMI 45 days to respond.;   [MCM EOD 05/22/2002]